**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| SPECTRA MEDICAL DEVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-11796-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY CHARLES ARRIGO, | ) | |
| ANTHONY EDWARD ARRIGO, | ) | |
| AGUSTIN TURRIZA, | ) | |
| ARRIGO MEDICAL, LLC, and | ) | |
| STELLA CONSULTING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, please enter the appearance of Stephen D. Riden of Beck

Reed Riden LLP as counsel for Defendants Agustin Turriza and Stella Consulting, LLC in the

above-captioned matter.

Respectfully submitted,

AGUSTIN TURRIZA and
STELLA CONSULTING, LLC

By their attorneys,

*/s/ Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts  02110
(617) 500-8660 Telephone
(617) 500-8665 Facsimile
*sriden@beckreed.com*

2

## **CERTIFICATE OF SERVICE**

 I hereby certify that this document has been filed through the CM/ECF system on October 26, 2022, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by email.

<em>/s/ Stephen D. Riden</em>