UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

)
SPECTRA MEDICAL DEVICES, LLC,  )
 )
     Plaintiff,  )
 )
v.  )     Civil Action No. 22-cv-11796-ADB
 )
ANTHONY CHARLES ARRIGO,  )
ANTHONY EDWARD ARRIGO and  )
ARRIGO MEDICAL, LLC  )
 )
     Defendants.  )
_____)

## DEFENDANTS' MOTION TO COMPEL
## FORMER DEFENDANT AGUSTIN TURRIZA TO COMPLY
## WITH DOCUMENT SUBPOENA AND REQUEST FOR
## AWARD OF ATTORNEYS' FEES

In accordance with Fed. R. Civ. P 37, Defendants Anthony Charles Arrigo, Anthony
Edward Arrigo and Arrigo Medical, LLC ("Arrigo Defendants") respectfully request that the
Court order former defendant Agustin Turriza to comply in all respects with the Subpoena Duces
Tecum served upon him on November 15, 2022. A copy of the Subpoena is attached hereto as
Exhibit A. To date, Mr. Turriza has failed and refused to produce a single document in response
to the Subpoena. The Arrigo Defendants likewise request that the Court order Mr. Turriza to pay
the Arrigo Defendants attorneys' fees incurred in connection with the filing of their Motion to
Compel. As further grounds therefore, the Arrigo Defendants respectfully refer the Court to the
accompanying memorandum of law.

WHEREFORE, Defendants Anthony Charles Arrigo, Anthony Edward Arrigo and
Arrigo Medical, LLC request that the Court order Austin Turriza to comply in all respects with

the Subpoena attached hereto as Exhibit A and to pay the Arrigo Defendants attorneys' fees incurred in connection with the filing of their Motion to Compel.

Respectfully submitted,

ANTHONY EDWARD ARRIGO
ANTHONY CHARLES ARRIGO and ARRIGO
MEDICAL, LLC

By their attorneys,

*/s/ Bradley L. Croft*
Bradley L. Croft (BBO #633347)
Roger L. Smerage (BBO #675388)
**RUBERTO, ISRAEL & WEINER, P.C.**
255 State Street, 7th Floor
Boston, MA 02109
(617) 742-4200 (phone)
(617) 742-2355 (fax)
blc@riw.com
rls@riw.com

David H. Rich (BBO # 634275)
drich@toddweld.com
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

Dated:  December 2, 2022

**CERTIFICATE OF SERVICE**

I, David H. Rich, hereby certify that on this 2nd day of December 2022, the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent by email or U.S. Mail to those indicated as non-registered participants.

David H. Rich, Esq.

**LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I, David H. Rich, hereby certify that I have attempted in good faith to communicate with Mr. Turriza's counsel about the matters raised in the present motion. Specifically, I spoke with Mr. Turriza's counsel Stephen Riden by telephone on November 28, 2022. Attorney Riden made clear during our call that his client did not intend to produce any documents in response to the subpoena.

Date: December 2, 2022

David H. Rich (BBO # 634275)